### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN ANTHONY CASTRO <br> 12 Park Place, Mansfield, TX 76063 <br><br> Plaintiff, <br><br> *v.* <br><br> LIEUTENANT GOVERNOR DEIDRE HENDERSON <br> 350 North State Street, Suite 220, P.O. Box 142325, Salt Lake City, Utah 84114-2325 <br><br> DONALD JOHN TRUMP <br> 1100 S. Ocean Blvd, Palm Beach, FL 33480 <br><br> Defendants. | FILED <br> 2023 SEP 27 <br> CLERK <br> U.S. DISTRICT COURT <br><br><br> Case No. 2:23-cv-00617-CMR |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this notice of dismissal before either opposing party has either served an answer or motioned for summary judgement.

Respectfully submitted,

Dated: September 27, 2023.    By:    */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX  76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

        On September 27, 2023, I submitted the foregoing document with the Clerk of this Court. It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF.  If not, they will be served via U.S. postal mail.

        */s/ John Anthony Castro*
        John Anthony Castro