IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| John Anthony Castro , <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>Deirdre Henderson et al, <br><br>　　　　Defendant. | **NOTICE AFFIRMING PRIOR ORDER OF REFERENCE** <br><br> Case No. 2:23-cv-00617-JNP |

The above-entitled matter has been reassigned to the undersigned judge. After review of the case file, orders of the prior judge are affirmed including the order of reference to Magistrate Judge Cecilia M. Romero.

DATED this  29th  day of September, 2023.

BY THE COURT:

_____
Jill N. Parrish
United States District Judge